IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOLORES RITA BROWNE, ET AL. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 14-4711 |
| VALORI L. ZASLOW, ET AL. : | |

**ORDER**

**AND NOW**, this __4th__ day of **May**, **2015**, upon consideration of Defendant Valori L. Zaslow's Motion to Dismiss (ECF No. 4), and Defendant Shopify, Inc.'s Motion to Dismiss (ECF No. 34), and all papers and exhibits submitted in support thereof and opposition thereto, it is **ORDERED** as follows:

1. Defendants' Motions to Dismiss under Rule 12(b)(6) are **GRANTED** in part, and Plaintiffs' claims under the Copyright Act, 17 U.S.C. § 101 *et seq*., plead at Counts I and II of the Complaint, are **DISMISSED** with prejudice.

2. Defendants' Motions to Dismiss under Rule 12(b)(1) is **GRANTED**, and Plaintiffs' remaining state law claims, plead at Counts III through XVI of the Complaint, are **DISMISSED** without prejudice.

3. All remaining Motions (ECF Nos. 11, 13, 28, 32, 39, 40, and 47) are **DENIED** as moot.

The Clerk of Court shall mark this action closed.

**BY THE COURT:**

_____
**R. BARCLAY SURRICK, J.**